# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| GO MORTGAGE, LLC, | : |
| | : Case No. 2:23-CV-2269 |
| Plaintiff, | : |
| | : Judge Sarah D. Morrison |
| v. | : |
| | : Magistrate Judge Elizabeth Preston |
| KATIE CHIKONDE, | : Deavers |
| | : |
| Defendant. | : **JOINT STATUS REPORT** |

Pursuant to the Court's January 24, 2024 Minute Entry, the parties are required to provide a status report regarding their private mediation held on February 22, 2024.  In accordance with the Court's requirement, the parties hereby advise that the parties agreed to a global settlement which will fully resolve both this case and the pending Colorado state court case between them. The proposed formal settlement documents are now being drafted and reviewed. The parties anticipate that they will file a joint stipulated dismissal of this matter not later than 30 days from now.

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren A. Kemp* | */s/ Gary M. Kramer* |
| James D. Abrams (0075968) | Gary M. Kramer (admitted *pro hac vice*) |
| jabrams@taftlaw.com | gary@garykramerlaw.com |
| David K. Stein (0042290) | Gary Kramer Law, LLC |
| dstein@taftlaw.com | 1730 Chapel Hills Drive, Suite 100 |
| Lauren A. Kemp (0093436) | Colorado Springs, CO 80920 |
| lkemp@taftlaw.com | |
| Taft Stettinius & Hollister LLP | Robert E. DeRose (0055214) |
| 41 S. High Street, Suite 1800 | bderose@barkanmeizlish.com |
| Columbus, Ohio 43215 | Barkan Meizlish DeRose Cox LLP |
| Telephone:  614-221-2838 | 4200 Regent Street, Suite 210 |
| Facsimile:  614-221-2007 | Columbus, OH 43219 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

131625300v5

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, I filed the above using the Court's CM/ECF system, which will send electronic notice of this filing to all parties of record.

*/s/ Lauren A. Kemp*
Lauren A. Kemp (0093436)

131625300v5