UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GO MORTGAGE, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-CV-2269 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| KATIE CHIKONDE, | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Go Mortgage, LLC and Defendant Katie Chikonde, by and through their respective counsel, stipulate to dismiss this action with prejudice, and for each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren A. Kemp* | */s/ Gary M. Kramer* |
| James D. Abrams (0075968) | Gary M. Kramer (admitted *pro hac vice*) |
| jabrams@taftlaw.com | gary@garykramerlaw.com |
| David K. Stein (0042290) | Gary Kramer Law, LLC |
| dstein@taftlaw.com | 1730 Chapel Hills Drive, Suite 100 |
| Lauren A. Kemp (0093436) | Colorado Springs, CO 80920 |
| lkemp@taftlaw.com | |
| Taft Stettinius & Hollister LLP | Robert E. DeRose (0055214) |
| 41 S. High Street, Suite 1800 | bderose@barkanmeizlish.com |
| Columbus, Ohio 43215 | Barkan Meizlish DeRose Cox LLP |
| Telephone:  614-221-2838 | 4200 Regent Street, Suite 210 |
| Facsimile:   614-221-2007 | Columbus, OH 43219 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

132212838v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2024, I filed the above using the Court's CM/ECF system, which will send electronic notice of this filing to all parties of record.

*/s/ Lauren A. Kemp*
Lauren A. Kemp (0093436)

132212838v1