# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| GO MORTGAGE, LLC, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-CV-2269 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| KATIE CHIKONDE, | : | Magistrate Judge Elizabeth Preston Deavers |
| | : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Go Mortgage, LLC and Defendant Katie Chikonde, by and through their respective counsel, stipulate to dismiss this action with prejudice, and for each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ James D. Abrams* | */s/ Robert E. DeRose by s/ James D. Abrams per email authorization* |
| James D. Abrams (0075968), Trial Attorney | |
| jabrams@taftlaw.com | Robert E. DeRose (0055214), Trial Attorney |
| David K. Stein (0042290) | bderose@barkanmeizlish.com |
| dstein@taftlaw.com | Barkan Meizlish DeRose Cox LLP |
| Lauren A. Kemp (0093436) | 4200 Regent Street, Suite 210 |
| lkemp@taftlaw.com | Columbus, OH 43219 |
| Taft Stettinius & Hollister LLP | |
| 41 S. High Street, Suite 1800 | Gary M. Kramer (admitted *pro hac vice*) |
| Columbus, Ohio 43215 | gary@garykramerlaw.com |
| Telephone:  614-221-2838 | Gary Kramer Law, LLC |
| Facsimile:   614-221-2007 | 1730 Chapel Hills Drive, Suite 100 |
| | Colorado Springs, CO 80920 |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

132212838v1

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 27, 2024, I filed the above using the Court's CM/ECF system, which will send electronic notice of this filing to all parties of record.

                                        */s/ Lauren A. Kemp*
                                        Lauren A. Kemp (0093436)